**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-8021**

———————

DOUGLAS LEIGH FAUCONIER,

Petitioner - Appellant,

versus

WILLIAM SONDERVAN, Commissioner of
Corrections; MARY ANN SAAR, Secretary of the
Department of Public Safety and Correctional
Services; JOSEPH CURRAN, JR., The Attorney
General of the State of Maryland,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge.
(1:06-cv-01677-RDB)

———————

Submitted: June 15, 2007          Decided: June 20, 2007

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Douglas Leigh Fauconier, Appellant Pro Se. Edward John Kelley,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Leigh Fauconier seeks to appeal the district court's order dismissing as untimely his petition under 28 U.S.C. § 2254 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Fauconier has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED